# FEDERAL PUBLIC DEFENDER
## DISTRICT OF NEW JERSEY
K. ANTHONY THOMAS, FEDERAL PUBLIC DEFENDER



800-840 COOPER STREET • SUITE 350 • CAMDEN, NEW JERSEY 08102 • (856) 757-5341

---

Jerrid Douglas
Via Kristen Santillo

August 5, 2025

      Re:    *United States v. Jerrid Douglas, Roy Gillar, and Harold Mignott*
              Crim. No. 17-544
              Waiver Form

Dear Mr. Douglas:

      This letter confirms my communication with you on August 1, 2025, through your current counsel, about the Office of the Federal Public Defender's representation of you. This former representation was on April 19, 2017, specifically for one day only, and was limited to securing your release on bail. You have been made aware that our Office now represents your co-defendant Roy Gillar in a motion to compel discovery and a motion for a new trial or judgment of acquittal under Federal Rule of Criminal Procedure 33.

      Although our office represented you eight years ago solely for the limited, preliminary purpose of obtaining bail and played no further substantive role in your case, and we currently represent Mr. Gillar in post-conviction proceedings raising materially different procedural, legal and factual issues, we notify you of our representation out of an abundance of caution under New Jersey Rule of Professional Conduct 1.9, as our representation of Mr. Gillar is in the same docketed criminal matter as that in which we represented you.

      As our former client, the Office of the Federal Public Defender has a duty of confidentiality and loyalty to you in connection with those matters in which we represented you. We do not believe that any information that we may have acquired for purposes of seeking your release on bail poses a substantial risk to you now as a result of our representation of Mr. Gillar, but you should consider this issue. Under the Rules of Professional Conduct applicable to attorneys, we are prohibited from disclosing to Mr. Gillar any information about you that we learned as a result of our prior representation of you without your informed consent. We will not disclose such information without your informed consent nor will we use such information in our representation of Mr. Gillar in this matter.

In sum, our Office is cognizant of our responsibilities to you and also, given the diverse procedural postures of these representations, wants you to be fully advised of our current representation of Mr. Gillar pursuant to New Jersey Rule of Professional Conduct 1.9 ("Duties to Former Clients").

Signing this letter, which you are not obligated to do, acknowledges that we have informed you of our representation of Mr. Gillar in connection with the motion to compel disclosure and for a new trial/judgment of acquittal, and that you have agreed to waive any conflict of interest claims that may arise. This waiver merely allows us to represent Mr. Gillar in this matter.

Respectfully submitted,

s/ *Alison Brill*

Alison Brill, Esq.
Assistant Federal Public Defender
Counsel for Roy Gillar


Name:        Jerrid Douglas

Signature:   *s/ Jerrid Douglas*

I authorize use of my electronic signature to sign this acknowledgment.

Date:        August 5, 2025